```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL KOCH,

       Plaintiff,       23-CV-04059 (JLR)(SN)

  -against-          <u>ORDER</u>

CITY OF NEW YORK,

       Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  On Thursday, August 24, 2023, the Honorable Jennifer L. Rochon referred this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov by Thursday, September 07, 2023, to schedule a settlement conference.

**SO ORDERED.**

                    _____
                    SARAH NETBURN
                    United States Magistrate Judge

DATED:  New York, New York
       August 25, 2023