```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL KOCH,

                Plaintiff,　　　　　23-CV-04059 (JLR)(SN)

    -against-　　　　　　　　　　**SETTLEMENT CONFERENCE ORDER**

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the Court's schedule, the settlement conference scheduled for Monday, November 20, 2023, will now begin at 11:00 a.m. The location remains Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are reminded to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, October 27, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:    September 14, 2023
              New York, New York