UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL KOCH,

                                    **Plaintiff,**

                    -against-

CITY OF NEW YORK,

                                    **Defendant.**

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__  10/24/2023
```

**23-CV-04059 (JLR)(SN)**

<u>SETTLEMENT CONFERENCE
ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

    A settlement conference is scheduled for Monday, January 29, 2024, at 10:00 a.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by

Monday, January 22, 2024.  Should the parties resolve the litigation before the conference date,

they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        October 24, 2023
              New York, New York